JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-7599-VBF(JCx)**                    Dated: **November 17, 2010**

Title:     Rosa M. Sanchez -v- Citrus Valley Medical Center, Inc., et al.

---

PRESENT: HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                              None Present
        Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):       COURT ORDER DISMISSING ACTION WITH
                                   PREJUDICE AND VACATING ALL DATES**

    In light of the Stipulation Dismissing Action With Prejudice (dkt. 10), the Court hereby DISMISSES this action in its entirety with prejudice.

    All future dates are vacated and this matter is closed.

MINUTES FORM 90                       Initials of Deputy Clerk   jre
CIVIL - GEN

-1-